1
2
3
4
5
6              UNITED STATES DISTRICT COURT
7              EASTERN DISTRICT OF WASHINGTON
8

| | |
|---|---|
| 9 CHARLES M. WOOD, | No. 4:15-cv-05067-SAB |
| 10      Plaintiff, | |
| 11   v. | **ORDER ENTERING** |
| 12 CONAGRA FOODS LAMB WESTON, | **STIPULATION OF DISMISSAL** |
| 13 INC., | **WITH PREJUDICE** |
| 14      Defendant. | |

16    Before the Court is the parties' joint Stipulation of Dismissal with Prejudice,
17 ECF No. 37. The parties, through counsel, have jointly represented that all claims
18 in this case should be dismissed with prejudice and without fees or costs. The
19 Court **enters** the stipulation.
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**ORDER ENTERING STIPULATION OF DISMISSAL WITH . . . ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The Joint Stipulation of Dismissal with Prejudice, ECF No. 37, is hereby **entered**.

2. The case and all claims are **DISMISSED WITH PREJUDICE.** There shall be no award of attorneys' fees or costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 1st day of August, 2016.



_____
Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION OF DISMISSAL WITH . . . ^ 2**